No. 1464.   HUBBARD v. BUSH, WARDEN.   June 16, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 1465.   HAYES v. RAGEN, WARDEN;
No. 1466.   BALDRIDGE v. RAGEN, WARDEN; and
No. 1467.   SCHULTZ v. ILLINOIS.   Petitions for writs of certiorari to the Supreme Court of Illinois.   June 16, 1947.   Denied.

No. 1471.   MOORE v. UNITED STATES.   June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 1474.   SKIBA v. MISSOURI.   June 16, 1947.   Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 1475.   CAETANO v. CALIFORNIA.   June 16, 1947. Petition for writ of certiorari to the Supreme Court of California denied.

No. 1491.   SKINNER v. ILLINOIS.   June 16, 1947.   Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1393.   McCORMICK v. MICHIGAN.   June 16, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.